UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK SMITH,

        Petitioner,

                                                            CASE NO. 2:06-CV-10249
v.                                                HONORABLE BERNARD A. FRIEDMAN

HELEN MARBERRY,

        Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Bernard A. Friedman, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

    **SO ORDERED.**

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                  BY:    _s/Carol Mullins_____
                                                    DEPUTY COURT CLERK

DATED: June 22, 2006